UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Valley Wholesale Drug Company, Inc.
1401 W. Fremont Street
Stockton, California 95203-2627,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Warner Chilcott Holdings Company III, Ltd.
100 Enterprise Drive
Rockaway, N.J. 07866-2129

Warner Chilcott Corporation
100 Enterprise Drive
Rockaway, N.J. 07866-2129

Warner Chilcott (US) Inc.
100 Enterprise Drive
Rockaway, N.J. 07866-2129

Galen (Chemicals) Ltd.
Unit 4 Burton Hall Pk.
Sandyford Industrial Estate
Foxrock, Ireland,

and

Barr Pharmaceuticals, Inc.
2 Quaker Road, P.O. Box 2900
Pomona, N.Y. 10970-0519

    Defendants.

---

Civil Action No: 1:05CV02321
Judge Colleen Kollar-Kotelly

**JURY TRIAL DEMANDED**

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), certifies as follows:

    Defendant Warner Chilcott Holdings Company III, Ltd. is a subsidiary of Warner Chilcott Holdings Company II, Limited; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Corporation is a subsidiary of Warner Chilcott Intermediate (Luxembourg) S.a.r.l.; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott (US) Inc. is a subsidiary of Warner Chilcott Corporation; no publicly-held corporation owns more than 10% of its stock.

Defendant Galen (Chemicals) Ltd. is a subsidiary of Warner Chilcott Intermediate (Ireland) Limited; no publicly-held corporation owns more than 10% of its stock.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

December 27, 2005                              Respectfully submitted,

                                  By:    /s/
                                         _____
                                         Kevin J. Arquit, D.C. Bar. #438511
                                         SIMPSON THACHER & BARTLETT LLP
                                         425 Lexington Avenue
                                         New York, New York 10017
                                         (212) 455-2000

                                         *Counsel for Defendants*