UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Valley Wholesale Drug Company, Inc.,

    Plaintiff,

v.

Warner Chilcott Holdings Company III, Ltd., *et al.*,

    Defendants.

---

Civil Action No: 1:05CV02321

Judge Colleen Kollar-Kotelly

**JURY TRIAL DEMANDED**

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Charles E. Koob is, this the ____ day of _____, 2005, hereby granted.

                                                Hon. Colleen Kollar-Kotelly
                                                United States District Judge