IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALLEY WHOLESALE DRUG COMPANY, INC., individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | 05 Civ. 2321 (CKK)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DEFENDANTS' PROPOSED SCHEDULING ORDER**

Please take notice that filed herewith is Defendants' Proposed Scheduling Order in accordance with Federal Rule of Civil Procedure 16 and Local Civil Rule 16.4(b).

Dated: February 9, 2006

By: /s/ Karen N. Walker
Karen N. Walker (D.C. Bar #. 412137)
Mark L. Kovner (DC Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Fax: (202) 879-5200

**Counsel for Barr Pharmaceuticals, Inc**.

1

Dated: February 9, 2006

By: /s/ Kevin J. Arquit
Kevin J. Arquit (D.C.Bar # 438511)
Charles E. Koob
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Fax: (212) 455-2502

**Counsel for Warner Chilcott Holdings Company III, Ltd.,** *et al.*