## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. and MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated<br>Plaintiffs,<br><br>v.<br><br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | 05 Civ. 2195 (CKK)<br><br>JURY TRIAL DEMANDED |
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | 05 Civ. 2210 (CKK)<br><br>JURY TRIAL DEMANDED |
| ROCHESTER DRUG CO-OPERATIVE, INC., on behalf of itself and all others similarly situated,<br>Plaintiff,<br><br>v. | 05 Civ. 2257 (CKK)<br><br>JURY TRIAL DEMANDED |

WARNER CHILCOTT PUBLIC LIMITED
COMPANY, WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS) LTD., and BARR
PHARMACEUTICALS, INC.,

          Defendants.

---

VALLEY WHOLESALE DRUG COMPANY,
INC., individually and on behalf of all others
similarly situated,
          Plaintiff,

              v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS), LTD., and BARR
PHARMACEUTICALS, INC.,

          Defendants.

05 Civ. 2321 (CKK)

JURY TRIAL DEMANDED

---

AMERICAN SALES COMPANY, INC., on behalf
of itself and all others similarly situated,

          Plaintiff,

              v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS), LTD., and BARR
PHARMACEUTICALS, INC.,

          Defendants.

05 Civ. 2335 (CKK)

JURY TRIAL DEMANDED

SAJ DISTRIBUTORS, INC. and STEPHEN L.
LaFRANCE HOLDINGS, INC., individually and
on behalf of all others similarly situated,

               Plaintiffs,

       v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS) LTD., and BARR
PHARMACEUTICALS, INC.,

             Defendants.

05 Civ. 2459 (CKK)

JURY TRIAL DEMANDED

## [Proposed] SCHEDULING ORDER

    This matter having come before the Court for the purpose of setting a schedule in
the above-captioned actions, and the Court having considered the submissions of all
parties, and for good cause shown,

    **IT IS ORDERED** as follows:

    1.    The parties shall serve initial disclosures as required under Fed. R. Civ. P.
26(a)(1) no later than March 15, 2006.

    2.    Except as to requests for admissions for authentication and admissibility
of exhibits, fact discovery between the parties shall be completed by October 6, 2006,
and third-party discovery shall be completed by March 2, 2007.

    3.    The parties shall exchange the expert reports required by Fed. R. Civ. P.
26(a)(2)(B) by November 3, 2006, opposing expert reports shall be provided by
December 15, 2006, and reply reports by January 26, 2007.

4.    The Direct Purchaser Plaintiffs shall file their motion for class certification on May 8, 2006. Defendants' response shall be filed on or before June 19, 2006 and Direct Purchaser Plaintiffs' reply, if any, shall be filed on or before July 31, 2006.

5.    The parties shall file summary judgment motions no later than March 23, 2007, opposition papers shall be filed on or before April 27, 2007 and any reply papers shall be filed on or before May 18, 2007.

6.    The Pretrial Conference will occur on June 15, 2007.

7.    The trial will begin on June 29, 2007.


Dated: _____          _____

                                        Honorable Colleen Kollar-Kotelly, U.S.D.J.