## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VALLEY WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:05CV02321 (CKK)** |
| **WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD. AND BARR PHARMACEUTICALS, INC.,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Barr Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Date:   February 21, 2006

Respectfully submitted,

Karen N. Walker
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Tel. (202) 879-5000
Fax (202) 879-5200

*Counsel of Record for Defendant Barr Pharmaceuticals, Inc.*