UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| VALLEY WHOLESALE DRUG COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civil Action No: 1:05CV02321 (CKK) <br><br> Judge Colleen Kollar-Kotelly |

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd.

April 3, 2006                    Respectfully submitted,

By:    /s/ Peter C. Thomas
       Peter C. Thomas, D.C. Bar # 495928
       SIMPSON THACHER & BARTLETT LLP
       555 11th Street, N.W.
       Suite 725
       Washington, D.C.  20004
       (202) 220-7700

       *Counsel for Defendants*