UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MEIJER, INC. and MEIJER DISTRIBUTION, INC.**, on behalf of themselves and all others similarly situated<br>Plaintiffs,<br><br>v.<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD.; WARNER CHILCOTT CORPORATION; WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD.; and BARR PHARMACEUTICALS, INC.**,<br><br>Defendants. | **05 Civ. 2195 (CKK)**<br><br>**JURY TRIAL DEMANDED** |
| **LOUISIANA WHOLESALE DRUG CO., INC.**, on behalf of itself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>**WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.**,<br><br>Defendants. | **05 Civ. 2210 (CKK)**<br><br>**JURY TRIAL DEMANDED** |

**ROCHESTER DRUG CO-OPERATIVE, INC.,**
on behalf of itself and all others similarly situated,
Plaintiff,

v.

**WARNER CHILCOTT PUBLIC LIMITED
COMPANY, WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS) LTD., and BARR
PHARMACEUTICALS, INC.,**

Defendants.

**05 Civ. 2257 (CKK)**

**JURY TRIAL DEMANDED**

---

**VALLEY WHOLESALE DRUG COMPANY,
INC.,** individually and on behalf of all others
similarly situated,
Plaintiff,

v.

**WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS), LTD., and BARR
PHARMACEUTICALS, INC.,**

Defendants.

**05 Civ. 2321 (CKK)**

**JURY TRIAL DEMANDED**

---

**AMERICAN SALES COMPANY, INC.,** on behalf
of itself and all others similarly situated,

Plaintiff,

v.

**WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US)
INC., GALEN (CHEMICALS), LTD., and BARR
PHARMACEUTICALS, INC.,**

Defendants.

**05 Civ. 2335 (CKK)**

**JURY TRIAL DEMANDED**

SAJ DISTRIBUTORS, INC. and STEPHEN L. LaFRANCE HOLDINGS, INC., individually and on behalf of all others similarly situated,

                    **Plaintiffs,**

      **v.**

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS) LTD., and BARR PHARMACEUTICALS, INC.,

                    **Defendants.**

05 Civ. 2459 (CKK)

**JURY TRIAL DEMANDED**

## [Proposed] SCHEDULING ORDER

       This matter having come before the Court for the purpose of setting a schedule in the above-captioned actions, and the Court having considered the submissions of all parties, and for good cause shown,

       **IT IS ORDERED** as follows:

       1.     The parties shall serve initial disclosures as required under Fed. R. Civ. P. 26(a)(1) as soon as practicable after the Court enters a protective order.

       2.     Except as to requests for admissions for authentication and admissibility of exhibits, fact discovery between the parties shall be completed by October 6, 2006, and third-party discovery shall be completed by March 2, 2007.

       3.     The parties shall exchange the expert reports required by Fed. R. Civ. P. 26(a)(2)(B) by November 3, 2006, opposing expert reports shall be provided by December 15, 2006, and reply reports by January 26, 2007.

4.      The Direct Purchaser Plaintiffs shall file their motion for class certification on July 14, 2006. Defendants' response shall be filed on or before August 25, 2006 and Direct Purchaser Plaintiffs' reply, if any, shall be filed on or before October 26, 2006.

5.      The parties shall file summary judgment motions no later than March 23, 2007, opposition papers shall be filed on or before April 27, 2007 and any reply papers shall be filed on or before May 18, 2007.

6.      The Pretrial Conference will occur on June 15, 2007.

7.      The trial will begin on June 29, 2007.

Dated: _____          SO ORDERED:


_____
Honorable Colleen Kollar-Kotelly, U.S.D.J.