## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **VALLEY WHOLESALE DRUG COMPANY, INC., individually and on behalf of all others similarly situated,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., GALEN (CHEMICALS), LTD., and BARR PHARMACEUTICALS, INC.,**<br><br>      **Defendants.** | **No. 05 Civ. 2321 (CKK)**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

On April 14, 2006, Plaintiff Valley Wholesale Drug Company, Inc. joined in filing an Amended Class Action Complaint in *Meijer, Inc., et al. v. Warner Chilcott Holdings Company III, Ltd., et al.*, No. 05 Civ. 2195 (CKK) [docket # 30]. Because it is no longer necessary to maintain this action, Plaintiff hereby moves the Court for an order dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated: April 20, 2006

Respectfully submitted,

_____/s/_____

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
Tel: (603) 643-9090
Fax: (603) 643-9010

William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW, Ste. 800
Washington, DC 20015
Tel: (202) 237-2727
Fax: (202) 237-6131

***Counsel for Plaintiff Valley Wholesale Drug
Co., Inc.***